UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NORTH CAROLINA INSURANCE GUARANTY )
ASSOCIATION )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:20-CV-635-FL
WESTCO INSURANCE COMPANY, and )
TECHNOLOGY INSURANCE COMPANY )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand this action to state court.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 10, 2021, more particularly described therein, that the captioned action be and hereby is remanded to Wake County Superior Court.

**This Judgment Filed and Entered on February 10, 2021, and Copies To:**
Christopher J. Blake / Joseph W. Eason (via CM/ECF Notice of Electronic Notification)
Jessica K. Alley / Lawrence P. Ingram; Sarah A. Gottlieb / R. Gregory Lewis (via CM/ECF Notice of Electronic Notification)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court, P. O. Box 351, Raleigh, NC 27602)

February 10, 2021        PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk